IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRITTNEY LEE,
    Plaintiff

No. 3:23cv648

(Judge Munley)

v.

SCRANTON SCHOOL DISTRICT and
SHANNON RUCKER,
    Defendants

## ORDER

**AND NOW**, to wit, this _____ day of June 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendants Scranton School District and Shannon Rucker's motion to dismiss Plaintiff Brittney Lee's amended complaint (Doc. 11) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court